IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATANYA BLAIR                                                                                    PLAINTIFF

VS.                                             CASE NO. 06-CV-4099

OFFICER VAN METER and
OFFICER KEVIN BOUNDS,
in their individual and official
capacities, and the TEXARKANA,
ARKANSAS POLICE DEPARTMENT                                              DEFENDANTS

### ORDER

Before the Court is a Motion to Dismiss filed on behalf of Separate Defendant Texarkana, Arkansas Police Department. (Doc. 2). In the motion, the police department asserts that it is not the proper party to this suit, and that Plaintiff's claims against it should be dismissed. Plaintiff Latanya Blair has responded, indicating that she does not object to the motion to dismiss. (Doc. 6).

Upon consideration, the Court finds that good cause for the Motion to Dismiss has been shown. Accordingly, Separate Defendant Texarkana, Arkansas Police Department's Motion to Dismiss should be and hereby is **GRANTED**. Plaintiff's claims against the Texarkana, Arkansas Police Department are hereby dismissed. Plaintiff's claims against Officer Van Meter and Officer Kevin Bounds are unaffected by this Order.

**IT IS SO ORDERED**, this 29th day of January, 2007.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge