U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 1 2008

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**LATANYA BLAIR**  PLAINTIFF

VS.  CASE NO. 06-4099

**OFFICER VAN METER & OFFICER KEVIN BOUNDS,**
each in his individual capacity and in his official capacity, and
**THE TEXARKANA, ARKANSAS POLICE DEPARTMENT**  DEFENDANTS

### ORDER

NOW on this 1st day of December, 2008, there comes on for consideration Defendants' Joint Motion to Dismiss. IT APPEARING to the Court that the matter has been settled, counsel for Defendants having advised the Court, it is ORDERED that Defendants' Motion be GRANTED and Plaintiff's Complaint dismissed with prejudice, subject to the terms of the settlement agreement.

Submitted by:

_____
Cathleen M. Compton
Attorney for Plaintiff

_____
C. Burt Newell
Attorney for Defendants,
John Van Meter and Kevin Bounds